UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

HECTOR TIRADO,

                   Defendant.

------------------------------------ x

ORDER

15 Crim. 487-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request for an extension of time to file a reply in support of Defendant's motion for compassionate release is GRANTED. Defendant shall file a reply in support of the motion for compassionate release by November 16, 2020.

The Clerk of Court is directed to mail a copy of this order to Defendant.

Dated: New York, New York
       November 5, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

November 1, 2020

Hector Tirado / # 72655-054
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887

The Honorable George B. Daniels
United States District Judge
500 Pearl St.
New York, New York 10007-1312

In Re: United States v. Hector Tirado
       15 Cr. 487 (GBD)

## MOTION FOR STATUS UPDATE
## AND EXTENSION OF TIME

Comes Now, Hector Tirado and requests status update for the Compassionate Release Motion currently before this Court. Petitioner expected a Response from Government by October 26, 2020 but has not yet received said motion as of this date.

Petitioner also respectfully requests an extension of time in which to reply to the Government due to the currently slow U.S. mail and limited resources at his facility due to modified COVID-19 operations.

Thank you for your assistance and considerations in these matters.

Respectfully Submitted,
*Hector Tirado*
Hector Tirado