UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

HECTOR TIRADO,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Crim. 487-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's November 6, 2020 letter request for an extension of time to file a reply in support of Defendant's motion for compassionate release is GRANTED. Defendant shall file a reply in support of the motion for compassionate release by December 7, 2020.

The Clerk of Court is directed to mail a copy of this order to Defendant.

Dated: New York, New York
       November 17, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge