

# LGR
## LAW, LLC
**FEDERAL CRIMINAL DEFENSE**

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

May 12, 2021

*via ECF*

Honorable George B. Daniels
Senior U.S. District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MOTION DENIED**

*George B. Daniels*
Judge George B. Daniels

Re: Reappointment for Compassionate Release Motion
    ***United States v. Hector Tirado***, 1:15CR 00487-005

Dear Judge Daniels:

I represented Mr. Tirado in the above criminal matter before Your Honor several years ago. Mr. Tirado is still serving a sentence on these charges, and contacted my office seeking my help to assist him in filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). I would respectfully request that Your Honor re-appoint me in this matter.

Respectfully submitted:
s/

Lorraine Gauli-Rufo, Esq.
Attorney for Hector Tirado