

# LGR
## LAW, LLC
**FEDERAL CRIMINAL DEFENSE**

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

April 11, 2025

*Via ECF*
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D

Dated: APR 1 5 2025

Re: USA vs. Hector Tirado
15-cr-487 (GBD)

Dear Judge Daniels:

    I represented Hector Tirado pursuant to the Criminal Justice Act (CJA) in the above criminal matter. Mr. Tirado recently reached out to my office in order to assist him with filing modification to the terms of his supervised release so that he can travel temporarily out of the country, and also to seek an early termination of his supervised release. On March 25, 2025, Your Honor granted probation's request that Mr. Tirado be granted a two-year reduction in his supervised release term. With the granted reduction, Mr. Tirado's supervised release is currently set to expire July 2, 2026 (docket # 744). I am respectfully requesting that Your Honor re-appoint me to represent Mr. Tirado in his matter, in order to bring these two requests before Your Honor. Your Honor's time and consideration to this request is greatly appreciated.

Respectfully submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.

Cc: Jared P. Lenow, AUSA