

# LGR
## LAW, LLC
**FEDERAL CRIMINAL DEFENSE**

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ.

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

May 9, 2025

*Via ECF*
The Hon. George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 13 2025

Re: *United States v. Ojeda, et al.*
(Hector Tirado)
Case No: 15-cr-487 (GBD)

Dear Judge Daniels:

I represent Mr. Tirado in connection with the above-referenced matter. Mr. Tirado is currently serving a term of supervised release. Mr. Tirado is seeking permission from the Court to travel to Turks and Caicos with his son's mother from May 28, 2025 to June 2, 2025. Lauren Blackford, Mr. Tirado's probation officer, has no objection to this request and Mr. Tirado has provided her with his complete itinerary. Jared Lenow, on behalf of the government, takes no position on this request. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
*Attorney for Hector Tirado*

cc: Jared Lenow, AUSA
    Lauren Blackford, USPO